1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIAN SANGSTER,

   Plaintiff,

v.

CLARK COUNTY DETENTION CENTER; SHERIFF BILL YOUNG; THOM REILLY; BOARD OF CLARK COUNTY COMMISSIONERS; CHIEF PAUL MARTIN; CAPTAIN MARILYN ROGAN; and LT. FRANK REAGAN,

   Defendant.

2:05-CV-0195 JCM (PAL)

Date:  N/A
Time:  N/A

## ORDER

  Presently before the court is plaintiff's motion to strike (#142) defendants' response (#141). On February 13, 2007, plaintiff filed a motion to extend time to respond to improper reply by defendants (#144). Defendants filed a non-opposition to plaintiff's motion to extend time (#146). On March 1, 2007, plaintiff filed a response and opposition (#147) to defendants' response (#141).

  Plaintiff's motion to strike (#142) and response in opposition (#147) to defendants' response (#141) to plaintiff's motion to reopen the case (#138) are based upon plaintiff's mischaracterization of defendants' response as a "surreply." Under Local Rule 7-2(b), an opposing party may file a response to a motion 15 days after service of the motion. The document filed by the defendants

1  (#141) was a proper and timely response to the plaintiff's motion (#138) because it was the first
2  document to be filed in response to plaintiff's motion. Furthermore, it was filed on January 28,
3  2007, within the time frame required by the rule.

4  The plaintiff also argues that the response should be stricken under Fed. R. Civ. P 12(f)
5  because it contains redundant arguments. The arguments made in defendants' response counter
6  those offered by plaintiff in his motion to reconsider the case (#138) and are not redundant.

7  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to
8  extend time (#144) be, and the same hereby is, GRANTED.

9  IT IS FURTHER ORDERED that plaintiff's motion to strike defendants' response to motion
10  to reconsider (#142) is, DENIED.

11  DATED this 9th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -